# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| RONALD TAYLOR, | * |
| | * |
| Petitioner, | *  CIVIL ACTION NO.: 2:21-cv-61 |
| v. | * |
| | * |
| WARDEN BRIAN CHAMBERS, | * |
| | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Petitioner Ronald Taylor ("Taylor") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Taylor's 28 U.S.C. § 2254 Petition based on his failure to exhaust administrative remedies, and **DENIES as moot** Taylor's Motion for Injunctive Relief. Dkt. Nos. 8, 19. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal and **DENIES** Taylor *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___10___ day of ___Feb___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA